```
                     UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                           WESTERN DIVISION
```

| | | |
|---|---|---|
| TONY L. GRIGSBY, | ) | No. CV 12-07062-VBK |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: June 18, 2013         /s/
                             VICTOR B. KENTON
                             UNITED STATES MAGISTRATE JUDGE